HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
ROBIN H. CHANG, Bar No. 355496
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
JOAQUIN SWANK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CARLOS GUZMAN and JOAQUIN SWANK,<br><br>Defendants. | Case No. 2:26-CR-00142-TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: October 22, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Defendants, JUAN CARLOS GUZMAN and JOAQUIN SWANK, by and through their counsels of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for a status conference on October 22, 2026.
2. By this stipulation, defendants now move for continuance of the status conference until January 21, 2027, at 9:30 a.m., and to exclude time between October 22, 2026, and January 21, 2027, under Local Code T4.
3. The parties agree and stipulate, and request that the Court find the following:
   a) The government has represented that the discovery associated with this case includes various law enforcement and investigative reports, phone records, photos, and videos, which has been provided to undersigned defense counsel.

b) Counsel for the defendants are in the process of reviewing all discovery and performing her own research regarding factual issues and potential guideline enhancements. Counsel for the defendants requests additional time to do so and to meet with her client to discuss all aspects of the case.

c) Counsel for the defendants believe that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 22, 2026, to January 21, 2027 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 16, 2026

*<u>/s/ Robin Chang</u>*
ROBIN H. CHANG
Assistant Federal Defender
Attorney for Defendant
JOAQUIN SWANK

Dated: October 16, 2026

*/s/ Dina Santos*
DINA L. SANTOS
Attorney for Defendant
JUAN CARLOS GUZMAN

Dated: October 16, 2026

*/s/ Charles Campbell*
CHARLES CAMPBELL
Assistant United States Attorney

**IT IS SO FOUND AND ORDERED** on this 16th day of October, 2026.

Troy L. Nunley
Chief United States District Judge